IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIE R. BEASLEY, | |
|---|---|
| Petitioner, | No. 2:08-cv-01644-JKS |
| vs. | ORDER TO SHOW CAUSE |
| CLAUDE E. FINN, Superintendent, Deuel Vocational Institution, | |
| Respondent. | |

On April 27, 2009, at Docket No. 14 Respondent filed a motion to dismiss reporting that Petitioner had been granted a parole. To date petitioner has not responded to that motion.

IT IS HEREBY ORDERED THAT on before **June 15, 2009**, Petitioner Willie R. Beasley is to show cause why this matter should not be dismissed as moot.

IT IS FURTHER ORDERED THAT, in the absence of a showing of good cause, this matter will be dismissed as moot without further notice.

Dated: May 29, 2009.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge