IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE R. BEASLEY,<br><br>              Petitioner,<br><br>     vs.<br><br>CLAUDE E. FINN, Superintendent, Deuel Vocational Institution,<br><br>              Respondent. | No. 2:08-cv-01644-JKS<br><br>ORDER DISMISSING PETITION<br>[Motion at Docket No. 14] |

Petitioner Willie R. Beasley, a state prisoner appearing *pro se*, filed a Petition for habeas corpus relief under 28 U.S.C. § 2254. At the time Beasley filed his petition, he was in the custody of the California Department of Corrections and Rehabilitation incarcerated at the Deuel Vocational Institution.

On April 27, 2009, at Docket No. 14, Respondent filed a motion to dismiss reporting that Petitioner had been granted a parole. On May 29, 2009, at Docket No. 15, the Court issued its Order to Show Cause directing Beasley show cause why this matter should not be dismissed as moot. Beasley has failed to timely respond to the Order to Show Cause. Accordingly,

**IT IS ORDERED THAT** the motion to dismiss at Docket No. 14 is **GRANTED**, and the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED**.

**IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability.[1] Any further request for a Certificate of Appealability must be addressed to the Court of Appeals. *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.

---

[1] 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," *i.e.,* when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further") (internal quotation marks and citations omitted).

The Clerk of the Court to enter judgment accordingly.

Dated: June 26, 2009.

/s/ James K. Singleton, Jr.<br>JAMES K. SINGLETON, JR.<br>United States District Judge